**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 24, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00781-CV

---

### IN RE NOE SANTANA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-28957**

---

## MEMORANDUM OPINION

On October 21, 2024, relator Noe Santana filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Randy Clapp, presiding judge sitting by assignment of the 295th District Court of Harris County, to vacate all proceedings and orders issued by the trial court, including the dismissal of the case.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.